**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: DARLENE ALTHEA PORCH and CLARENCE JAMES PORCH <br> Debtor(s) | CHAPTER 7 <br><br> BKY. NO. 16-22362 |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of M&T BANK, as Servicer, and index same on the master mailing list.

Re: Loan # Ending In: 5327

                                  Respectfully submitted,

                                  **/s/ James C. Warmbrodt, Esquire**
                                  James C. Warmbrodt, Esquire
                                  jwarmbrodt@kmllawgroup.com
                                  Attorney I.D. No. 42524
                                  KML Law Group, P.C.
                                  701 Market Street, Suite 5000
                                  Philadelphia, PA 19106
                                  Phone: 215-825-6306
                                  Fax: 215-825-6406
                                  Attorney for Movant/Applicant